U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 21 2005

ROBERT H. SHEMWELL, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DIRECTV, INC. | CIVIL ACTION NO. 04-0297 |
| VERSUS | JUDGE MELANÇON |
| CAMILLE BRIGNAC | MAGISTRATE JUDGE METHVIN |

## RULING ON MOTION TO COMPEL DISCOVERY
*(Rec. Doc. 12)*

Before the court is the motion to compel discovery responses and for attorney's fees and costs filed by plaintiff DirecTV, Inc. on June 30, 2005.[1] The motion has been set on the undersigned's July 27, 2005 motion calendar with oral argument, in accord with the court's routine procedures for handling motions. At this time, however, a review of the record reveals that no opposition has been filed and that the delays allowed for the filing of an opposition have expired.[2] Review of the motion further reveals that the relief which movers seek is an order requiring initial responses to plaintiff's first set of interrogatories and request for production and inspection of items propounded on defendant Camille Brignac on May 26, 2005. In light of the foregoing,

**IT IS HEREBY ORDERED** that the oral argument scheduled on July 27, 2005 is **CANCELED**, and the pending motion to compel is **GRANTED.**

**IT IS FURTHER ORDERED** that the discovery responses shall be provided to plaintiff *within ten days of the date of this order.*

---

[1] Rec. Doc. 12.

[2] Local Rule 7.5W requires that written opposition to a motion be filed within fifteen (15) days after service of the motion.

2

**IT IS FURTHER ORDERED** that, pursuant to F.R.Civ.P. 37(a)(4), defendant Camille Brignac shall pay the attorney's fees and costs incurred in connection with the filing and prosecution of the extant motion to compel. Mover's counsel shall file an affidavit of fees and costs into the record *on or before August 5, 2005* in order to assist the court in the assessment of a reasonable fees and costs award. The affidavit(s) shall contain: (1) the customary hourly rate of each attorney and paralegal involved; (2) a detailed description of each task completed, and a statement of the amount of time expended upon each task; and (3) an itemized list of expenses incurred. *Failure to file the affidavit in the form required and/or within the deadline imposed will render the award null and void.*

**IT IS FURTHER ORDERED** that objections to the affidavit shall be filed *on or before August 12, 2005.*

*The Clerk of Court shall notice any affidavit filed for consideration on the undersigned's August 24, 2005 motion calendar as an "assessment of Rule 37(a)(4) fees and expenses."*

Signed at Lafayette, Louisiana on July 21st, 2005.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

COPY SENT
DATE 7-21-05
BY CB
TO mem
Via fax: Abo
Arceneaux
Saltzman

Via mail — Camille Brignac